# United States Court of Appeals for the Federal Circuit

---

**NETLIST, INC.,**
*Appellant*

**v.**

**MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC,**
*Appellees*

---

2024-1859, 2024-1863

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00996, IPR2023-00406, IPR2022-00999, IPR2023-00405.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

September 2, 2026
Date

Jarrett B. Perlow
Clerk of Court